Lucas E. Buckley (Wyo. Bar #6-3997)
Melissa K. Burke (Wyo. Bar #7-5694)
HATHAWAY & KUNZ, LLP
P.O. Box 1208
Cheyenne, WY 82003-1208
Phone: (307) 634-7723
Fax: (307) 634-0985
lbuckley@hkwyolaw.com
mburke@hkwyolaw.com

SPECIAL LITIGATION COUNSEL FOR HUSKEMAW OPTICS, LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| In re:<br><br>BOTW Holdings, LLC<br><br>Debtor | Case No. 24-20138<br>Chapter 11 |
| In re:<br><br>Huskemaw Optics, LLC<br><br>Debtor | Case No. 24-20141<br>Chapter 11 |
| In re:<br><br>BEST OF THE WEST PRODUCTIONS, LLC<br><br>Debtor | Case No. 24-20142<br>Chapter 11<br><br>**Jointly Administered Under Case No. 24-20138** |

# FINAL APPLICATION OF HATHAWAY & KUNZ, LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Hathaway & Kunz, LLP ("H&K"), special litigation counsel to Huskemaw Optics, LLC ("Huskemaw") in the Transfer Adversary proceeding, No. 24-02011, John A. McCall Jr. v. Best of the West Arms, LLC, et al., submits this Final Application for allowance of compensation and

reimbursement of expenses pursuant to 11 U.S.C. §§ 330 and 331, Fed. R. Bankr. P. 2016, and L.B.R. 2016-1, and states:

1. On March 19, 2025, Huskemaw filed its application to employ H&K as special litigation counsel in connection with the Transfer Adversary Proceeding [Doc. 331]. The Court approved H&K's employment on April 18, 2025 [Doc. 401].

2. On April 18, 2025, the Court entered its Order Granting Motion to Establish Interim Compensation Procedures for Hathaway & Kunz LLP and SLBiggs [Doc. 402] (the "Interim Compensation Order"). The Interim Compensation Order permitted H&K to submit monthly billing statements and receive payment of 80% of uncontested fees and 100% of uncontested expenses, with 20% of fees held back pending final allowance.

3. Pursuant to the Interim Compensation Order, H&K submitted monthly billing statements for services rendered through October 31, 2025. H&K received interim payments as permitted by the Interim Compensation Order. No objections were received to H&K's monthly billing statements.

4. H&K has incurred no additional fees or expenses since October 31, 2025. Accordingly, this Final Application seeks final allowance of all fees and expenses incurred by H&K through that date and payment of the remaining unpaid balance after credit for all interim payments received.

5. H&K's services were limited to its role as special litigation counsel in the Transfer Adversary Proceeding and included analysis of claims and defenses, case strategy, discovery and disclosure matters, and related litigation services. H&K's monthly billing statements are attached collectively as Exhibit A.

6. H&K believes the fees and expenses incurred were reasonable and necessary for the services provided. H&K has no agreement or understanding with any other person to share compensation received in connection with these cases.

7. The Court approved the settlement between the Debtors and John A. McCall, Jr. on June 10, 2026 [Doc. 645], and confirmed the Debtors' plan on June 30, 2026 [Doc. 664]. H&K does not anticipate performing any additional services in these cases.

8. Pursuant to the Interim Compensation Procedures, H&K received interim payment for the following fees and expenses during the Application Period:

| **Summary of Fees and Expenses<br>March 19, 2025 – October 31, 2025** | | |
|---|---|---|
| March 19 – April 30 | Total Fees | $1,707.50 |
| | 20% Holdback | $341.50 |
| | Requested Fees | $1,366.00 |
| | Requested Expenses | $0.00 |
| | Total Payment | $1,366.00 |
| | | |
| May 1 – May 31 | Total Fees | $0 |
| | 20% Holdback | $0 |
| | Requested Fees | $0 |
| | Requested Expenses | $0 |
| | Total Payment | $0 |
| | | |
| June 1 – June 30 | Total Fees | $250.00 |
| | 20% Holdback | $50.00 |
| | Requested Fees | $200.00 |
| | Requested Expenses | $0.00 |
| | Total Payment | $200.00 |

| | | |
|---|---|---|
| | | |
| July 1 – July 31 | Total Fees | $380.00 |
| | 20% Holdback | $85.93 |
| | Requested Fees | $343.71 |
| | Requested Expenses | $49.64 |
| | Total Payment | $393.35 |
| | | |
| August 1 – August 31 | Total Fees | $740.00 |
| | 20% Holdback | $158.93 |
| | Requested Fees | $635.72 |
| | Requested Expenses | $54.65 |
| | Total Payment | $690.37 |
| | | |
| Sept. 1 – Sept. 30 | Total Fees | $0 |
| | 20% Holdback | $0 |
| | Requested Fees | $0 |
| | Requested Expenses | $0 |
| | Total Payment | $0 |
| | | |
| Oct. 1 – Oct. 31 | Total Fees | $175.00 |
| | 20% Holdback | $41.81 |
| | Requested Fees | $167.23 |
| | Requested Expenses | $34.04 |
| | Total Payment | $201.27 |
| | | |
| TOTAL | Total Fees | $3,252.50 |
| | Total 20% Holdback | $678.17 |
| | Total Requested Fees | $2,712.66 |

| | | |
|---|---|---|
| | Total Requested Expenses | $138.33 |
| | Total Interim Payments | $2,850.99 |

H&K therefore seeks final allowance of $3,252.50 in fees and $138.33 in expenses, less amounts previously paid pursuant to the Interim Compensation Order, and authorization for payment of the remaining unpaid balance.

**WHEREFORE**, H&K respectfully requests that the Court enter an order (i) allowing on a final basis $3,252.50 in fees and $138.33 in expenses incurred through October 31, 2025; (ii) authorizing payment to H&K of the remaining unpaid balance, after credit for all interim payments received, in the amount of $678.17; and (iii) granting such other relief as the Court deems appropriate.

DATED this 25th day of August, 2026.

By: */s/ Lucas Buckley*

Lucas E. Buckley, #6-3997
Melissa K. Burke, #7-5694
HATHAWAY & KUNZ, LLP
2515 Warren Ave., Ste 500
P.O. Box 1208
Cheyenne, WY 82003-1208
(307) 634-7723 – Phone
(307) 634-0985 – Fax
lbuckley@hkwyolaw.com
mburke@hkwyolaw.com

SPECIAL LITIGATION COUNSEL TO HUSKEMAW OPTICS, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 25th day of August, 2026, a true and correct copy of the foregoing document was filed via CM/ECF and served on the following:

Robert J. Walker
114 E. 7th Ave., Suite 200
Cheyenne, WY 82001
Robert@WyoCounsel.com

Bradley T. Hunsicker
Markus Williams Young & Hunsicker, LLC
2120 Carey Ave., Suite 101
Cheyenne, WY 82001

Joli A. Loftstedt
P.O. Box 270561
Louisville, CO 80027

Daniel J. Morse
308 West 21st Street, Room 203
Cheyenne, WY 82001-3669

*/s/ Candice Hough*
HATHAWAY & KUNZ, LLP